Douglas W. Dal Cielo (SBN 157109)
E-mail: ddalcielo@bwslaw.com
Brian M. Affrunti (SBN 227072)
E-mail: baffrunti@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1503 Grant Road, Suite 200
Mountain View, CA 94040-3270
Tel: 650.327.2672 Fax: 650.688.8333

Attorneys for Defendant
INTER-CON SECURITY SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| SATNAM RAM,<br><br>    Plaintiff,<br><br>v.<br><br>INTER-CON SECURITY SYSTEMS, INC.,<br><br>    Defendant. | Case No. 2:17-CV-02684-MCE-KJN<br><br>**ORDER OF DISMISSAL** |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk of the Court is directed to close the file.

IT IS SO ORDERED.

Dated: July 17, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE